IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSH ARCHITECTURAL EXCAVATING CORP., an administratively dissolved corporation; TERRY BUSH and LORI BUSH, and their marital community, d/b/a "BUSH ARCHITECTURAL EXCAVATING"; JAMES BUSH and "JANE DOE" BUSH, and their marital community; DAVID DEMOOR, in his capacity as Personal Representative of the Estate of Pamela Sue Sellmer; L.A.S, a minor, through her Litigation Guardian ad Litem; and DANIEL GERARD, an individual resident of Washington State.<br><br>Defendants. | Cause No. 2:19-cv-00327<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff United Financial Casualty Company ("UFCC") submits the following Complaint for Declaratory Relief.

## I. PARTIES

1. Plaintiff UFCC is a foreign insurance company organized under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

2. Defendant Bush Architectural Excavating Corp. is an administratively dissolved Washington Corporation.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

3. Defendants Terry Bush and Lori Bush, are a Washington marital community and are citizens of the State of Washington, residing in Kent, Washington.

4. Defendants Terry and Lori Bush do business as “Bush Architectural Excavating”, which on information and belief is a continuation of administratively dissolved corporation Bush Architectural Excavating Corp. in Kent, Washington.

5. Defendants James Bush and “Jane Doe” Bush are a Washington marital community and are citizens of the State of Washington, residing in or around Kent, Washington.

6. Defendant David DeMoor (“DeMoor”) is the Personal Representative of the Estate of Pamela Sue Sellmer, deceased (the “Estate”). DeMoor is a citizen of the State of Washington residing in Oak Harbor, Washington.

7. Defendant L.A.S. is a minor child for whom Defendant Daniel Gerard is Litigation Guardian Ad Litem. On information and belief, L.A.S. is a citizen of the State of Washington residing in Auburn, Washington.

8. Defendant Daniel Gerard (“Gerard”) is a citizen of the State of Washington residing in Auburn, Washington.

## II. JURISDICTION AND VENUE

9. This Court has jurisdiction over this claim pursuant to 28 U.S.C. §1332 as the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and diversity amongst the parties is complete.

10. Venue is proper with this Court pursuant to 28 U.S.C. § 1391 because the Defendants either reside in or conduct business in King County, Washington, and the loss giving rise to those claims occurred in King County, Washington.

## III. RELEVANT FACTS

### *1. Accident at Issue*



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

11. On or about February 25, 2018, Bush[1] was operating his 1986 Westernstar truck, transporting a Genie HiLift S60, owned by Troy Magrum or Northwest Pole Structures, LLC ("Northwest Pole"). Northwest Pole is a Washington limited liability company owned and operated by Magrum.

12. Upon information and belief, Bush loaded the Genie HiLift S60 onto the flatbed trailer that was being towed by the 1986 Westernstar truck operated by Bush.

13. Upon information and belief, Magrum or Northwest Pole had an agreement with Bush to transport the Genie HiLift S60 from the worksite where they worked a job together.

14. On or about the date referenced above, Bush attempted to navigate a right-hand curve on Auburn Black Diamond Road in Auburn, Washington. In doing so, the Genie HiLift S60 shifted on the flatbed trailer causing the entire rig to lose control.

15. The truck and trailer began to rotate and slide into the oncoming lane of traffic, dumping the Genie HiLift S60 off the flatbed trailer and causing the Genie HiLift S60 to strike the rear corner of the vehicle being operated by Steven and Pennie Wood.

16. The Genie HiLift S60 then collided with the vehicle being operated by Gerard. In that vehicle were Pamela Sellmer, who was six months pregnant, and her five-year-old daughter, L.A.S.

17. Pamela Sellmer and her unborn child were pronounced dead at the scene.

***2. The UFCC Policy***

18. UFCC issued a commercial automobile policy no. 01536830-0, effective April 10, 2017 to April 10, 2018 ("UFCC Policy"), to "Bush Architectural Esc. Co." The application for the UFCC Policy was signed by Terry Bush, who identified himself as being involved in the

---

[1] Throughout this Complaint, Defendants Bush Architectural Esc. Co., Terry and Lori Bush, and James and "Jane Doe" Bush will be referred to collectively as "Bush" unless otherwise noted.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

"daily operation of the business." Terry Bush further verified the contents of the application and attested to the truthfulness of the information provided therein.

19. The UFCC Policy Declarations state that the coverage limits for bodily injury liability claims is up to the limit of $50,000.00 per person and $100,000.00 for each accident. The UFCC Policy further states that the coverage limits for property damage liability claims is up to the limit of $25,000.00 for each accident.

20. On April 10, 2012, Bush executed an application agreement, verifying the content of the application, including, among other things, that the Policy included Limits for Liability to Others, Bodily Injury up to the limit of $50,000.00 per person and $100,000.00 for each accident and Property Damage Liability is $25,000.00 for each accident.

21. The Insuring Agreement for Liability To Others coverage in the UFCC Policy contains the following language, in pertinent part

> **INSURING AGREEMENT - LIABILITY TO OTHERS**
>
> Subject to the Limits of Liability, if **you** pay the premium for liability coverage for the **insured auto** involved, **we** will pay damages, other than punitive or exemplary damages, for **bodily injury**, **property damage**, and **covered pollution cost or expense**, for which an **insured** becomes legally responsible because of an **accident** arising out of the ownership, maintenance or use of that **insured auto**. . .
>
> **We** will settle or defend, at **our** option, any claim or lawsuit for damages covered by this Part I. **We** have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

Policy Form 6912 (06/10).

22. The UFCC Policy provides as follows with respect to the Limits of Liability:

> **We** will pay no more than the Limit of Liability shown on the **declarations page** for this coverage for the **insured auto** involved in the **accident** regardless of:
>
> 1. the number of premiums paid;



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

2. the number of **insured autos** or trailers shown on the **declarations page**;
3. the number of policies issued by **us**;
4. the number of vehicles or **insureds** involved in an **accident**; or
5. the number of claims or lawsuits arising out of an **accident**,

subject to the following:

. . .

**3. Separate Bodily Injury Liability and Property Damage Liability Limits**

Subject to the terms of Section 1 above, if **your declarations page** indicates that separate **bodily injury** liability and **property damage** liability limits apply:

. . .

a. The "each person" **bodily injury** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum we will pay for **bodily injury** sustained by any one person in any one **accident**, and that "each person" maximum limit will apply to the aggregate of claims made for such **bodily injury** and any and all claims derived from such **bodily injury** including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

b. Subject to the **bodily injury** liability limit for "each person," the "each accident" **bodily injury** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum we will pay for **bodily injury** sustained by two or more persons in any one **accident**, including all derivative claims which include, but are not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

c. The "each accident" **property damage** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum **we** will pay for the aggregate of all **property damage** and **covered pollution cost or expense** combined, sustained in any one **accident**.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

Policy Form 6912 (06/10), pp. 12-13.

23. The UFCC Policy includes the following exclusions in pertinent part, that may operate to limit or preclude coverage:

> Coverage under this Part I, including **our** duty to defend, does not apply to:
>
> **1. Expected or Intended Injury**
>
> **Bodily injury** or **property damage** either expected by or caused intentionally by or at the direction of any **insured**.

Policy Form 6912 (06/10), Pg. 9.

> [. . .]
>
> **2. Liability Assumed Under Any Contract**
>
> Any liability assumed by an **insured** under any contract or agreement, unless the agreement is an **insured contract** that was executed prior to the occurrence of any **bodily injury** or **property damage**.
>
> However, this exclusion does not apply to liability for damages that an **insured** would have in the absence of the contract or agreement.

Policy Form 6912 (06/10), Pg. 9.

[. . .]

> **14. Completed Operations**
>
> **Bodily injury** or **property damage** arising out of, or caused by, **your** work after that work has been completed or abandoned.
>
> For purposes of this exclusion, **your** work means:
>
> a. Work or operations performed by **you** or on **your** behalf;
>
> b. Materials, parts, or equipment furnished in connection with such work or operations; and
>
> c. The delivery of liquids.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

> **Your** work includes warranties or representations made at any time with respect to the fitness, quality, durability, or performance of any of the items included in Paragraphs a., b., or c. above.
>
> **Your** work will be deemed completed at the earliest of the following times:
>
> a. When all of the work called for in **your** contract has been completed.
> b. When all of the work to be done at a particular site has been completed if **your** contract calls for work at more than one site.
> c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.
>
> Work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete, will be treated as completed.

Policy Form 6912 (06/10), Pg. 12.

24. UFCC reserves the right to assert any other Policy language or Policy coverage forms that may be potentially applicable to the claims relating to the subject loss.

***3. The Underlying Action***

25. On or around February 6, 2019, an action was commenced in the Superior Court for the State of Washington in and for King County (the "Underlying Action") by the service of a Complaint (the "Complaint") upon UFCC's insured Terry Bush.

26. The named Plaintiffs in the Underlying Action are David DeMoor, as personal representative of the Estate of Pamela Sellmer, L.A.S., through her Litigation Guardian ad Litem, and Gerard. No other persons are named as Plaintiffs in the underlying action.

27. The Complaint alleges that Bush and the other named defendants failed to exercise ordinary care and were negligent in the loading, securing, and transportation of the



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

Genie HiLift S60 and that this negligence caused damages to the Plaintiffs, including the wrongful death of Pamela Sellmer.

28. UFCC is defending Bush subject to a reservation of rights based on the terms and conditions of the UFCC Policy.

29. UFCC has tendered the complete "per accident" "bodily injury" and "property damage" limits of liability ($125,000.00) to Bush for use in resolving any claims arising from the subject motor vehicle accident.

30. UFCC is aware that there are other potential claimants who may assert claims against Bush for "bodily injury" or "property damage" arising out of the February 25, 2018 accident. To the extent such claims are made, UFCC reserves its right to amend this Complaint and/or join additional parties.

## IV. THERE IS AN ACTUAL AND JUSTICIABLE CONTROVERSY AS TO UFCC'S COVERAGE OBLIGATIONS

### *1. UFCC Policy Limits*

31. Pursuant to the UFCC Policy, to the extent that Bush may be liable for "bodily injury", and coverage is not otherwise excluded, the limit of liability for "bodily injury", as that term is defined in the UFCC Policy, is $100,000 for each accident.

32. There is an actual and justiciable controversy as to whether UFCC must indemnify Bush for any judgment and/or settlement in excess of the $100,000 limit of liability for "bodily injury" damages in regard to the claims asserted in the Underlying Action and/or the claims of others that have not been included in any currently pending lawsuit.

33. Pursuant to the UFCC Policy, to the extent that Bush may be liable for "property damage", and coverage is not otherwise excluded, the limit of liability for "property damage", as that term is defined in the UFCC Policy is $25,000 for each accident.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

34. There is an actual and justiciable controversy as to whether UFCC must indemnify Bush for any judgment and/or settlement in excess of the $25,000 limit of liability for property damage in regard to the claims asserted in the Underlying Action and/or the claims of others that have not been included in any currently pending lawsuit.

35. There is an actual and justiciable controversy as to whether UFCC has any further defense or indemnity obligations after its payment of the $100,000 limit for “bodily injury” liability claims and payment of the $25,000 limit for “property damage” claims.

***2. UFCC Policy Exclusions***

36. The UFCC Policy provides liability coverage for damages, other than punitive or exemplary damages, for “bodily injury” or “property damage” for which an insured becomes legally responsible because of an accident arising out of the ownership, maintenance or use of an insured auto subject to the remaining terms and conditions contained within the UFCC Policy.

37. The UFCC Policy excludes coverage for “bodily injury” or “property damage” that is expected by an insured.

38. There is an actual and justiciable controversy whether the damages claimed in the Underlying Action were expected by Bush.

39. The UFCC Policy excludes coverage for any liability assumed by an insured under any contract or agreement.

40. There is an actual and justiciable controversy whether liability for the damages claimed in the Underlying Action were assumed under a contract or agreement between Magrum and/or Northwest Pole and Bush.

41. The UFCC Policy excludes coverage for “bodily injury” or “property damage” arising out of, or caused by, an insured’s work after that work has been completed or abandoned.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

42. There is an actual and justiciable controversy whether the damages claimed in the Underlying Action arose out of or were caused by Bush's work after it was completed or abandoned.

43. UFCC reserves the right to assert any other exclusions or grounds for which coverage for the claims against Bush may be excluded and/or limited under the UFCC Policy.

## V. CAUSE OF ACTION FOR DECLARATORY RELIEF

44. UFCC incorporates by reference, as though fully set forth herein, and restates and re-alleges each of the paragraphs 1 through 43 above.

45. UFCC is entitled to a Declaratory Judgment in its favor, specifically including a judicial determination that the available limits of liability under the UFCC Policy are $100,000 for all "bodily injury" damages claimed in the Underlying Action or arising out of the February 25, 2018 motor vehicle accident.

46. UFCC is further entitled to Declaratory Judgment in its favor, specifically including a judicial determination that the available limits of liability under the UFCC Policy are $25,000 for all "property damage" claimed in the Underlying Action or arising out of the February 25, 2018 motor vehicle accident.

47. UFCC is entitled to a Declaratory Judgment in its favor, specifically including a judicial determination that UFCC's tender to Bush in trust fulfills UFCC's indemnity obligations for any and all claims made pursuant to the UFCC Policy arising out of the February 25, 2018 motor vehicle accident.

48. UFCC is further entitled to Declaratory Judgment in its favor finding that it does not owe any further amounts for indemnity under the UFCC Policy with regard the February 25, 2018 motor vehicle accident.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

49. UFCC is further entitled to Declaratory Judgment in its favor, specifically including a finding that it owes Bush no further defense obligation upon exhaustion of the "bodily injury" and "property damage" limits of liability.

50. UFCC is entitled to a Declaratory Judgment in its favor, specifically including a judicial determination that any claim for coverage under the UFCC Policy for "bodily injur"y or "property damage" that was expected by Bush is excluded under the UFCC Policy.

51. UFCC is entitled to a Declaratory Judgment in its favor, specifically including a judicial determination that any claim for coverage under the UFCC Policy for any liability assumed by Bush under any contract or agreement is excluded under the UFCC Policy.

52. UFCC is entitled to a Declaratory Judgment in its favor, specifically including a judicial determination that any claims for "bodily injury" or "property damage" arising out of Bush's work after that work had been completed or abandoned are excluded under the UFCC Policy.

## VII. PRAYER FOR RELIEF

UFCC, having alleged the foregoing, does now, hereby, pray for relief as follows:

1. For a declaration that the limit for bodily injury liability under the UFCC Policy is $100,000 per accident and the limit for property damage liability under the UFCC Policy is $25,000 per accident.

2. For a declaration that UFCC has no indemnity obligations under the UFCC Policy beyond the limits for "bodily injury" liability of $100,000 per accident and for "property damage" liability of $25,000 per accident.

3. For a declaration that UFCC has no defense obligations under the UFCC Policy upon payment of the $100,000 limit for "bodily injury" liability and upon payment of the $25,000 limit for "property damage" liability in satisfaction and settlement of the claims made to UFCC.



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

4. For a declaration that upon payment of the full limits of liability under the UFCC Policy for "bodily injury" liability in the amount of $100,000 and "property damage" liability in the amount of $25,000, UFCC has fulfilled all of its obligations under the UFCC Policy.

5. For a declaration that the UFCC policy excludes coverage for "property damage" that was expected by Bush, any liability assumed by Bush under any contract or agreement, and any damages arising out of Bush's completed or abandoned work.

6. For all interest allowed by law.

7. For attorney fees and costs allowed by statute and law.

8. For other and further relief as the Court deems just and equitable.

DATED this 6th day of March, 2019.

LETHER & ASSOCIATES, PLLC

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
tlether@letherlaw.com
*Attorneys for United Financial Casualty Company*



LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544