IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSH ARCHITECTURAL EXCAVATING CORP., an administratively dissolved corporation; TERRY BUSH and LORI BUSH, and their marital community, d/b/a "BUSH ARCHITECTURAL EXCAVATING"; JAMES BUSH and "JANE DOE" BUSH, and their marital community; DAVID DEMOOR, in his capacity as Personal Representative of the Estate of Pamela Sue Sellmer; L.A.S, a minor, through her Litigation Guardian ad Litem; and DANIEL GERARD, an individual resident of Washington State.<br><br>Defendants. | Cause No. 2:19-cv-00327-JLR<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES** |

## I.   STIPULATION

Plaintiff United Financial Casualty Company (UFCC) and appearing defendants Daniel Gerard and David Demoor hereby stipulate and agree that good cause exists for the Court to extend the deadlines set in the Order Regarding Initial Disclosures, Joint Status Report, and

STIPULATION AND ORDER - 1

Early Settlement. Dkt. 11. The parties jointly ask that each of the deadlines be extended by thirty (30) days. The parties ask that the Court modify the deadlines as follows:

|  | Proposed Deadline |
|---|---|
| FRCP 26(f) Conference | 6/21/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/5/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/12/2019 |

Good cause exists for the above-described extensions. First, Defendant David Demoor appeared and Answered for the first time on until May 20, 2019, two days before the deadline for the Deadline for the Rule 26(f) Conference. Dkt. at 18, 20. Second, The Bush[1] Defendants have not appeared or answered, and a Default Order has been entered. Dkt. 14. A Motion for Default Judgment against the Bush Defendants is currently pending. Dkt. 15. The outcome of that motion will likely have a material effect on how the parties who have appeared wish to approach this case. Third, due to scheduling concerns, the parties who have appeared have not yet been able to identify any date before the current deadline that all counsel are available to conduct a Rule 26(f) conference.

As a result, the parties that have appeared in this action submit that good cause exists as to why the above-described deadlines should be extended.

DATED this 21st day of May, 2019.

---

[1] Defendants Bush Architectural Esc. Co., Terry and Lori Bush, and James and "Jane Doe" Bush are referred to collectively as "Bush".

STIPULATION AND ORDER - 2

1  *s/ Thomas Lether*
   Thomas Lether, WSBA #18089
2  *s/ Eric J. Neal*
   Eric J. Neal, WSBA #31863
3  1848 Westlake Ave N, STE 100
   Seattle, WA 98109
4  P: 206-467-5444 / F: 206-467-5544
   tlether@letherlaw.com
5  eneal@letherlaw.com
   *Counsel for United Financial Casualty Company*

6

7  *s/ Michael R. McKinstry*                       *s/ Nathan P. Roberts*
   Michael R. McKinstry, WSBA #6338                Nathan P. Roberts, WSBA #40457
8  *s/ Jan P. Olson*                               *s/ Meghan M. Driscoll*
   Jan P. Olson, WSBA #11596                       Meghan M. Driscoll, WSBA #49863
9  Ellis, Li & McKinstry, PLLC                     2301 N. 30th Street
   2025 First Avenue, Penthouse A                  Tacoma, WA 98403
10 Seattle, WA 98121                               (253) 593-5100
   mmckinstry@elmlaw.com                           nroberts@connelly-law.com
11 jolson@elmlaw.com                               mdriscoll@connelly-law.com
   *Attorneys for Defendant Gerard*                *Attorneys for Defendants Demoor and L.A.S*

12

13

14

## II.   ORDER

15

IT IS SO ORDERED.

16
Dated this 22 day of May, 2019.

17

18

                            _____
19                          Honorable James L. Robart

20

21

22

23

24

STIPULATION AND ORDER - 3