IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSH ARCHITECTURAL EXCAVATING CORP., an administratively dissolved corporation; TERRY BUSH and LORI BUSH, and their marital community, d/b/a "BUSH ARCHITECTURAL EXCAVATING"; JAMES BUSH and "JANE DOE" BUSH, and their marital community; DAVID DEMOOR, in his capacity as Personal Representative of the Estate of Pamela Sue Sellmer; L.A.S, a minor, through her Litigation Guardian ad Litem; and DANIEL GERARD, an individual resident of Washington State.<br><br>Defendants. | Cause No. 2:19-cv-00327<br><br>[~~PROPOSED~~] DEFAULT ~~JUDGMENT~~ AGAINST DEFENDANTS BUSH ARCHITECTURAL EXCAVATING CORP.; TERRY BUSH and LORI BUSH; AND JAMES BUSH and "JANE DOE" BUSH<br><br>[CLERK'S ACTION REQUIRED] |



This matter having come before the Court on Plaintiff United Financial Casualty Company's ("UFCC") Motion for Default Judgment against Defendants Bush Architectural Excavating Corp., Terry Bush, Lori Bush, James Bush, and "Jane Doe" Bush (collectively, "Defendants"), and the Court having considered the motion and all supporting documents hereby **GRANTS** the Motion for Default ~~Judgment and enters Judgment Defendants, as follows:~~

PROPOSED DEFAULT JUDGMENT – 1
No. 2:19-cv-00327

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  ~~The limits for "bodily injury" liability under Policy No. 01536830-0 (the "Policy")~~
2  ~~issued by UFCC to Bush Architectural Esc. Co. ("Bush") are $50,000 per person with a per~~
3  ~~accident aggregate limit of $100,000. The limit for property damage liability under the Policy~~
4  ~~is $25,000 per accident.~~
5  ~~With regard to the February 25, 2018 automobile accident that forms the basis of the~~
6  ~~matter entitled *David Demoor, et al. v. Northwest Pole Structures, LLC, et al.* (the "Underlying~~
7  ~~Lawsuit"), King County Cause No. 19-2-03706-7, UFCC has no indemnity obligations under~~
8  ~~the Policy beyond the limits for "bodily injury" liability of $100,000 per accident and for~~
9  ~~"property damage" liability of $25,000 per accident. UFCC has no defense obligations under~~
10 ~~the UFCC Policy upon payment on behalf of Bush of the limits in satisfaction of any settlement,~~
11 ~~judgment, or award relating to the accident that is the subject of the Underlying Lawsuit.~~
12 ~~Indemnification of Bush in the amount of the full limits of liability under the Policy will fulfill~~
13 ~~all of UFCC's obligations under the Policy with regard to the accident that is the subject of the~~
14 ~~Underlying Lawsuit, whether the claims for which UFCC provides indemnification are included~~
15 ~~within the Underlying Lawsuit or not~~.

16  SO ORDERED this 28th day of May, 2019.

17
18
19                                        _____
                                          JUDGE ~~COURT COMMISSIONER~~

20  Presented by:
    LETHER & ASSOCIATES, PLLC

21
    By: */s/ Eric J. Neal*
22  Eric J. Neal, WSBA # 31863
    LETHER & ASSOCIATES, PLLC
    1848 Westlake Avenue N. Suite 100
23  Seattle, WA 98109
    *Attorney for Plaintiff*

PROPOSED DEFAULT JUDGMENT – 2                    LETHER & ASSOCIATES PLLC
No. 2:19-cv-00327                                1848 WESTLAKE AVENUE N, SUITE 100
                                                 SEATTLE, WA 98109
                                                 P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Michael R. McKinstry
Jan P. Olson
Ellis, Li & McKinstry, PLLC
2025 First Avenue, Penthouse A
Seattle, WA 98121
mmckinstry@elmlaw.com
jolson@elmlaw.com
*Attorneys for Defendant Gerard*

By:    ☐ **First Class Mail**        ☒  **ECF**        ☐ **Legal Messenger**

DATED this 13th day of May, 2019 at Seattle, Washington.

/s/ *Lina Wiese*
Lina Wiese, Paralegal

PROPOSED DEFAULT JUDGMENT – 3
No. 2:19-cv-00327

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544